ANDREW H. HEIDE, Respondent, v. GLIDDEN BUICK CORPORATION, Appellant.

Supreme Court, Appellate Term, First Department, January 2, 1947.

*Herbert G. McLear* for appellant.

*William H. Amend* for respondent.

MEMORANDUM *Per Curiam.* The demand which is necessary to start the running of the Statute of Limitations must be made within a reasonable time. Here, as matter of law, the action is barred by the statute.

The order should be reversed, with $10 costs and motion for summary judgment dismissing the complaint granted.

SHIENTAG and HECHT, JJ., concur; HAMMER, J., dissents and votes for affirmance on the ground that under the circumstances present the question of whether demand was made within a reasonable time was one of fact to be determined on trial.

Order reversed, etc.